No. 485. HEIDEN, RECEIVER, *v.* CREMIN, TRUSTEE. November 6, 1933. Petition for writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Vail E. Purdy* for petitioner. No appearance for respondent.